PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TRAYVION M. WILBURN,<br><br>Defendant. | Case No. 5:24-po-00278-CDB<br><br>[Citation #E2090431, CA3F]<br><br>MOTION AND ORDER FOR DISMISSAL<br><br>(Doc. 4) |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss [Citation #E2090431, CA3F] in Case No. 5:24-po-00271-CDB against TRAYVION M. WILBURN, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: August 28, 2024                                    Respectfully submitted,

                                                            PHILLIP A. TALBERT
                                                            United States Attorney

                                       By:    /s/ *Chan Hee Chu*
                                                      CHAN HEE CHU
                                                      Assistant United States Attorney

# O R D E R

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. Rule Crim. P. 48(a) that Citation #E2090431, CA3F in Case No. 5:24-po-00278-CDB against TRAYVION M. WILBURN be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **August 29, 2024**  
_____  
UNITED STATES MAGISTRATE JUDGE